# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Summerhays, Robert R. | WD Louisiana -- Bankruptcy | 6/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

214 Jefferson Street
Suite 120
Lafayette, LA 70501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Master of the Bench | John Duhe American Inn of Court |
| 2. | Board Member | Federal Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/30/2006 | Partially vested in Weil, Gotshal & Manges LLP partner pension. The pension plan is not based on firm profits, and is not payable until age 60 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | University of Louisiana / Lafayette -- Teaching income | $3,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Ascension Epispocal School (Wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center For American and International Law | February 24-26, 2016 | New Orleans, LA | Bench - Bar Conference, Speaker | Food, lodging, and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Redeemed (part) | 12/12/16 | J | | |
| 2. | | | | | Redeemed (part) | 10/18/16 | J | | |
| 3. | | | | | Redeemed (part) | 08/08/16 | J | | |
| 4. | | | | | Redeemed (part) | 07/13/16 | J | | |
| 5. | | | | | Redeemed (part) | 03/30/16 | J | | |
| 6. | | | | | Redeemed (part) | 02/09/16 | J | | |
| 7. T. Rowe Price Global Real Estate | A | Dividend | J | T | Buy | 09/28/16 | J | | |
| 8. T. Rowe Price European Stock Fund | A | Dividend | J | T | | | | | |
| 9. T. Rowe Price Medditeranean | A | Dividend | J | T | | | | | |
| 10. T. Rowe Price Value Fund | A | Dividend | J | T | Redeemed (part) | 07/13/16 | J | | |
| 11. | | | | | Redeemed (part) | 03/30/16 | J | | |
| 12. | | | | | Redeemed (part) | 02/09/16 | J | | |
| 13. | | | | | | | | | |
| 14. T. Rowe Price Mid-cap Growth Fund | A | Dividend | J | T | Redeemed (part) | 12/12/16 | J | | |
| 15. | | | | | Redeemed (part) | 10/18/16 | J | | |
| 16. | | | | | Redeemed (part) | 09/02/16 | J | | |
| 17. | | | | | Redeemed (part) | 08/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 07/13/16 | J | | |
| 19. | | | | | Redeemed (part) | 05/24/16 | J | | |
| 20. | | | | | Redeemed (part) | 03/30/16 | J | | |
| 21. T. Rowe Price SEP IRA (opened 6/11) | | | | | | | | | |
| 22. -- T. Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 23. -- T. Rowe Price Medditeranean | A | Dividend | J | T | | | | | |
| 24. -- T. Rowe Price Value Fund | A | Dividend | J | T | | | | | |
| 25. -- T. Rowe Price Global Stock Fund | A | Dividend | J | T | | | | | |
| 26. -- T. Rowe Price Growth Stock Fund | A | Dividend | K | T | | | | | |
| 27. -- T. Rowe Price Retirement 2030 Fund | A | Dividend | K | T | | | | | |
| 28. -- T. Rowe Price GNMA Fund | A | Dividend | J | T | | | | | |
| 29. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 30. | | | | | Buy (add'l) | 04/06/16 | J | | |
| 31. | | | | | Sold (part) | 04/20/16 | J | | |
| 32. | | | | | Sold (part) | 06/16/16 | J | | |
| 33. | | | | | Sold (part) | 07/14/16 | J | | |
| 34. | | | | | Sold (part) | 11/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard GNMA Fund | A | Interest | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Vanguard S&P 500 Index Fund | B | Dividend | J | T | | | | | |
| 38. Vanguard Small-Cap Index Fund | B | Dividend | J | T | | | | | |
| 39. JP Morgan Chase (Louisiana) Savings Account | A | Interest | J | T | | | | | |
| 40. JP Morgan Chase (Louisiana) Checking Account | A | Interest | J | T | | | | | |
| 41. Diversified Investment Advisors WGM 401K Plan | | | | | | | | | |
| 42. --Vanguard Money Market | A | Dividend | J | T | | | | | |
| 43. -- Vanguard S&P 500 Fund | A | Dividend | J | T | | | | | |
| 44. -- Alliance Bernstein Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 45. -- Dodge & Cox Large Cap Value Fund | A | Dividend | J | T | | | | | |
| 46. -- FPA Capital Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 47. -- Artisan Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 48. -- Longleaf Partners International Value Concentration Fund | A | Dividend | J | T | | | | | |
| 49. -- American Funds EuroPacific International Fund | A | Dividend | J | T | | | | | |
| 50. -- Allianz Technology Fund | A | Dividend | J | T | | | | | |
| 51. -- Goldman Sachs Real Estate Institutional Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Summerhays, Robert R. | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual Whole Life Policy | A | Interest | J | T | | | | | |
| 53. Weil, Gotshal & Manges Partner Pension Plan | | None | K | T | | | | | |
| 54. CF Schneider Family LP-- Limited partner interest | | None | J | U | | | | | |
| 55. Mineral Interest #1 -- Thomas Duty Survey, Texas | D | Royalty | J | W | | | | | |
| 56. Mineral Interest #2 -- Bee County, Texas JD Wright Grant | A | Royalty | J | W | | | | | |
| 57. Mineral Interest #3 -- Bee County, Texas Mary M. Wright Gr. | A | Royalty | J | W | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Summerhays, Robert R.** | 6/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 21 and 41 are headers for a SEP IRA and 401K plan with the individual holdings listed with income / values for each individual holding

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert R. Summerhays**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544